■ In the Matter of CHERYL HERSHKOWITZ, Deceased. GEORGE HERSHKOWITZ, Appellant; WHITE HOUSE OWNERS CORP. et al., Respondents, et al., Proposed Petitioner/Plaintiff. [951 NYS2d 902]—

The appeal from the order dated May 5, 2011, must be dismissed because the portions of the order appealed from were superseded by an order of the same court dated September 13, 2011, made upon reargument and renewal (*see Matter of Hershkowitz*, 99 AD3d 906 [2012] [decided herewith]). Angiolillo, J.P., Belen, Roman and Sgroi, JJ., concur.